UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

MICHAEL L. GALESKY,  CASE NO. 20-25509-GMH-7

Debtor.

## TRUSTEE'S THIRD STATEMENT OF ABANDONMENT

Pursuant to the Second Notice of Trustee's Proposed Abandonment, which was mailed to creditors and parties in interest on or about August 30, 2022, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

|  |  | Debtor's Scheduled Value | Trustee's Estimated Value | Amount Claimed Exempt | Amount of Lien or Security Interest | Amount left for Trustee to Administer |
|---|---|---|---|---|---|---|
| 28 | Note from Axiom Virtual Tours, LLC. ($10,626.85 is estimated amount owed.) Balance below is an guestimate of collectability. | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $7,500.00 |
| 29 | Note from Johnson Creek Enterprises, LLC, dated September 19, 2014, with the principal amount of $70,000. (Business is closed.) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Dated at Milwaukee, Wisconsin, this 20th day of September, 2022.

/s/ Douglas F. Mann
Douglas F. Mann, Chapter 7 Trustee

Associated Bank Building, Suite 210
2645 North Mayfair Road
Wauwatosa, WI  53226
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)
dfmannlaw@gmail.com                                                                 wpi