UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In Re: §
 §
Michael L Galesky § Case No. 20-25509
 §
 Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/09/2020. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 57,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 13,839.83 |
| Bank service fees | | 437.30 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 3,125.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 40,097.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/25/2021 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,968.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $5,968.75, for a total compensation of $5,968.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2,308.43, for total expenses of $2,308.43[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2022             By: /s/DOUGLAS F. MANN, TRUSTEE
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 20-25509 GMH | Judge: G. Michael Halfenger | Trustee Name: DOUGLAS F. MANN, TRUSTEE |
| Case Name: Michael L Galesky | | Date Filed (f) or Converted (c): 08/09/2020 (f) |
| | | 341(a) Meeting Date: 09/08/2020 |
| For Period Ending: 09/29/2022 | | Claims Bar Date: 02/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead 5868 N. 35Th Street Milwaukee Wi 53209-0000 Milwaukee | 73,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2014 Dodge Ram 1500 Mileage: 102,000 Leaks Oil And Radiaor Fluid. Kbb Value Is Approx. 15,400.00. Debtor Does Not Believe He Could Get This Amount From A Sale. | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 2012 Cam Am Spyder Mileage: 26,000 Does Not Run. | 3,000.00 | 3,000.00 | | 5,000.00 | FA |
| 4. 1987 Nunsuch 30Ft Sail Boat. (30Ft.) (Needs Some Repairs.) Value Is Estimated Net Liquidation Value. | 20,000.00 | 16,875.00 | | 32,500.00 | FA |
| 5. 2008 Dutchman Spirit Rv Trailer. (Currently Located In Indiana.) | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 6. 2013 Livin Lite Travel Trailer | 800.00 | 800.00 | OA | 0.00 | FA |
| 7. Misc. Household Goods And Furnishings; Including, Furniture, Appliances, Snowblower, Lawnmower, And Kitchenware. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Misc. Electronics; Including, Cell Phones, Tvs, Computers, Printer, And Scanner. | 725.00 | 0.00 | OA | 0.00 | FA |
| 9. Misc. Art Objects And Knick Knacks | 375.00 | 375.00 | OA | 0.00 | FA |
| 10. Misc. Sporting And Hobby Equipment; Including Exercise Equipment And Guitar. | 320.00 | 0.00 | OA | 0.00 | FA |
| 11. Shotgun, 2 Rifles, 2 Handguns And Accessories. | 800.00 | 0.00 | OA | 0.00 | FA |
| 12. Wearing Apparel And Accessories. | 50.00 | 50.00 | OA | 0.00 | FA |
| 13. Misc. Jewelry; Including Costume Jewelry And Watches. | 30.00 | 0.00 | OA | 0.00 | FA |
| 14. Dog. | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. Medical Equipment; Including, Optiical Reading Devices And Accessories. | 500.00 | 0.00 | OA | 0.00 | FA |
| 16. Fidelity Account (0351) | 10.00 | 0.00 | OA | 0.00 | FA |
| 17. Chase (6289). Veterans Disability Benefits And Social Security Directly Deposited Into Account. All Funds Are From Either Veterans Disability Or Social Security Disability. | 31,411.80 | 0.00 | OA | 0.00 | FA |
| 18. Chase Bank (1763) | 4,886.40 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-25509 | GMH | Judge: | G. Michael Halfenger | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Michael L Galesky | | | | Date Filed (f) or Converted (c): | 08/09/2020 (f) |
| | | | | | 341(a) Meeting Date: | 09/08/2020 |
| For Period Ending: | 09/29/2022 | | | | Claims Bar Date: | 02/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Therrons Dad Llc (Closed.) (There Is A Large Judgment Against This Company.) | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Byway Investment Llc. (Owns A Mobile Home Park.) (Est. Liquidation Value.) | 26,595.00 | 11,595.00 | OA | 0.00 | FA |
| 21. Midland Trust Company | 73,000.00 | 0.00 | OA | 0.00 | FA |
| 22. Nationwide Tax Qualified Annuity. | 103,348.77 | 0.00 | OA | 0.00 | FA |
| 23. Lending Club. (About $440 Total Owed, But Largely Uncollectable.) | 15.00 | 15.00 | OA | 0.00 | FA |
| 24. Antares Yachts. (Claim For Approx. $218K. Likely Not Collectible.) Paid For Yacht, But Did Not Recieve Yacht. | 0.00 | 0.00 | OA | 0.00 | FA |
| 25. Judgment Against Christian P Berkey In The Amount Of $686,101.39. Judgment Is Likely Not Collectible. | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. Va Disability Benefits (Approx. 3106.04 Per Month, Subject To Cost Of Living Adjustments.) | Unknown | 0.00 | OA | 0.00 | FA |
| 27. Social Security Disability. (Approximatley $2,001.50 Per Month, Subject To Cost Of Living Adjustments.) | Unknown | 0.00 | OA | 0.00 | FA |
| 28. Note from Axiom Virtual Tours, LLC. ($10,626.85 is estimated amount owed.) Balance below is an guestimate of collectability. | 7,500.00 | 7,500.00 | OA | 0.00 | FA |
| 29. Note from Johnson Creek Enterprises, LLC, dated September 19, 2014, with the principal amount of $70,000. (Business is closed.) | 0.00 | 0.00 | OA | 0.00 | FA |
| 30. Fraudulent Conveyance Assets by Debtor | 0.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $360,366.97 | $63,210.00 | | $57,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case has multiple out of district assets and legal entities. Discovery, employment of attorney for trustee and accountant ordered. Asset sale to occur and discovery is continuing. Objection to discharge trial set for January 2022. Abandonment of remaining assets pending trial outcome.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2025     Current Projected Date of Final Report (TFR): 12/31/2025

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit B |
|---|---|---|
| Case No: 20-25509 | Trustee Name: DOUGLAS F. MANN, TRUSTEE | |
| Case Name: Michael L Galesky | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0189 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4820 | Blanket Bond (per case limit): $1,500,000.00 | |
| For Period Ending: 09/29/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/21 | 4 | CenterPointe Yacht Services LLC<br>700 South Water Street<br>Milwaukee WI 53204 | Sale of boat | 1129-000 | $32,500.00 | | $32,500.00 |
| 08/31/21 | 1001 | CenterPointe Yacht Services LLC<br>700 S. Water Street<br>Milwaukee, WI 53204 | Sale of boat<br>Commission, $3,250.00<br>Storage $672.28<br>Docket 144<br>Docket 128<br>Docket 94 | | | $3,922.28 | $28,577.72 |
| | | CenterPointe Yacht Services LLC | ($3,250.00) | 3991-000 | | | |
| | | CenterPointe Yacht Services LLC | ($672.28) | 3992-000 | | | |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.36 | $28,560.36 |
| 09/27/21 | 3 | Sweeney's Auction Associates<br>Ripon WI | Sale of Personal Property | 1129-000 | $5,000.00 | | $33,560.36 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.31 | $33,528.05 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.02 | $33,491.03 |
| 11/15/21 | | Sweeney's Auction Associates, Inc.<br>Sweeney's Auction Associates, Inc.<br>PO Box 418<br>Ripon, WI 54971 | Auction Commission & Expense | | $1,211.96 | | $34,702.99 |
| | | Sweeney's Auction Associates, Inc. | $750.00 | 3610-000 | | | |
| | | Sweeney's Auction Associates, Inc. | $461.96 | 3620-000 | | | |
| 11/15/21 | | Sweeney's Auction Associates, Inc.<br>Sweeney's Auction Associates, Inc.<br>PO Box 418<br>Ripon, WI 54971 | Auction Commission & Expense Reversal<br>Error in selection; chose Post a Deposit (just above Post a Check) | | ($1,211.96) | | $33,491.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals: $37,500.00   $4,008.97

Case 20-25509-gmh    Doc 215    Filed 11/07/22    Page 6 of 14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 20-25509
Case Name: Michael L Galesky
Taxpayer ID No: XX-XXX4820
For Period Ending: 09/29/2022

Trustee Name: DOUGLAS F. MANN, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0189
Checking
Blanket Bond (per case limit): $1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Sweeney's Auction Associates, Inc. | ($750.00) | 3610-000 | | | |
| | | Sweeney's Auction Associates, Inc. | ($461.96) | 3620-000 | | | |
| 11/15/21 | 1002 | Sweeney's Auction Associates, Inc.<br>Sweeney's Auction Associates, Inc.<br>PO Box 418<br>Ripon, WI 54971 | Auction Commission & Expense | | | $1,211.96 | $32,279.07 |
| | | Sweeney's Auction Associates, Inc. | ($750.00) | 3610-000 | | | |
| | | Sweeney's Auction Associates, Inc. | ($461.96) | 3620-000 | | | |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.74 | $32,243.33 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.60 | $32,207.73 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.56 | $32,172.17 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.08 | $32,140.09 |
| 03/21/22 | 1003 | Murphy Desmond S. C.<br>33 East Main Street, Suite 500<br>Madison, Wisconsin 53703<br><br>Attn: Jane F. (Ginger) Zimmerman | Attorney for Trustee Fees and Expenses | | | $8,705.59 | $23,434.50 |
| | | Murphy Desmond S. C. | ($8,125.00) | 3110-000 | | | |
| | | Murphy Desmond S. C. | ($580.59) | 3120-000 | | | |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.56 | $23,399.94 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.00 | $23,374.94 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Page Subtotals: $0.00 $10,116.09

Case 20-25509-gmh    Doc 215    Filed 11/07/22    Page 7 of 14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 20-25509 | Trustee Name: DOUGLAS F. MANN, TRUSTEE |
| Case Name: Michael L Galesky | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0189 |
| | Checking |
| Taxpayer ID No: XX-XXX4820 | Blanket Bond (per case limit): $1,500,000.00 |
| For Period Ending: 09/29/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.81 | $23,349.13 |
| 06/22/22 | 30 | Joyce W Lindauer Trust Account 12720 Hillcrest Rd suite 625 Dallas TX 75230 | fraudlent conveyance | 1241-000 | $20,000.00 | | $43,349.13 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.65 | $43,318.48 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.83 | $43,270.65 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.78 | $43,222.87 |
| 09/29/22 | 1004 | Michael L Galesky 5868 N. 35TH ST. MILWAUKEE, WI 53209 | Debtor Exemption Sale of boat | 8100-002 | | $3,125.00 | $40,097.87 |

| | | |
|---|---|---|
| COLUMN TOTALS | $57,500.00 | $17,402.13 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $57,500.00 | $17,402.13 |
| Less: Payments to Debtors | $0.00 | $3,125.00 |
| Net | $57,500.00 | $14,277.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:   $20,000.00   $3,277.07

Case 20-25509-gmh    Doc 215    Filed 11/07/22    Page 8 of 14

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0189 - Checking | $57,500.00 | $14,277.13 | $40,097.87 |
|  | $57,500.00 | $14,277.13 | $40,097.87 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $57,500.00 |
| Total Gross Receipts: | $57,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-25509-GMH  
Debtor Name: Michael L Galesky  
Claims Bar Date: 2/25/2021  

Date: September 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Michael L Galesky | Administrative | A/B Line 4.1 Exemption from sale of 1987 Nunsuch 30ft Sailboat | $0.00 | $3,125.00 | $3,125.00 |
| 100 2100 | DOUGLAS F MANN<br>Chapter 7 Trustee<br>Associated Bank Building<br>2645 N Mayfair Rd, Suite 210<br>Wauwatosa, WI 53226 | Administrative | | $0.00 | $5,968.75 | $5,968.75 |
| 100 2200 | DOUGLAS F MANN<br>Chapter 7 Trustee<br>Associated Bank Building<br>2645 N Mayfair Rd, Suite 210<br>Wauwatosa, WI 53226 | Administrative | Photocopies 6,250 @ $.15=$937.50<br>Geico Marine Insurance $282.00<br>MVD Reports 15.00<br>Transcripts of Hearings $1,055.00<br>Real Estate documents $18.93<br>Total $2,308.43 | $0.00 | $2,308.43 | $2,308.43 |
| 100 2700 | U. S. Bankruptcy Clerk<br>U. S. Clerk in Bankruptcy<br>517 E. Wisconsin Avenue, Room 126<br>Milwaukee, WI 53202 | Administrative | Filing fees-Notice of Sale | $0.00 | $188.00 | $188.00 |
| 100 3110 | Murphy Desmond S. C.<br>33 East Main Street, Suite 500<br>Madison, Wisconsin 53703 | Administrative | | $0.00 | $13,125.00 | $13,125.00 |
| 100 3120 | Murphy Desmond S. C.<br>33 East Main Street, Suite 500<br>Madison, Wisconsin 53703 | Administrative | | $0.00 | $588.54 | $588.54 |
| 100 3610 | Sweeney's Auction Associates, Inc.<br>Sweeney's Auction Associates, Inc.<br>PO Box 418<br>Ripon, WI 54971 | Administrative | | $0.00 | $750.00 | $750.00 |
| 100 3620 | Sweeney's Auction Associates, Inc.<br>Sweeney's Auction Associates, Inc.<br>PO Box 418<br>Ripon, WI 54971 | Administrative | | $0.00 | $461.96 | $461.96 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-25509-GMH  
Debtor Name: Michael L Galesky  
Claims Bar Date: 2/25/2021

Date: September 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 105 3991 | CenterPointe Yacht Services LLC<br>700 S. Water Street<br>Milwaukee, WI 53204 | Administrative | | $0.00 | $0.00 | $3,250.00 |
| 106 3992 | CenterPointe Yacht Services LLC<br>700 S. Water Street<br>Milwaukee, WI 53204 | Administrative | | $0.00 | $0.00 | $672.28 |
| 300 7100 | LVNV FUNDING LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587<br>Added: 12/16/2011 (Gaines Susan | Unsecured | | $0.00 | $2,544.82 | $2,544.82 |
| 300 7100 | WiscTex, LLC<br>c/o Joyce W. Lindauer PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202 | Unsecured | | $0.00 | $614,809.84 | $614,809.84 |
| 400 4120 | WiscTex, LLC<br>c/o Joyce W. Lindauer PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202 | Secured | | $0.00 | $82,100.00 | $0.00 |
| | Case Totals | | | $0.00 | $725,970.34 | $647,792.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-25509
Case Name: Michael L Galesky
Trustee Name: DOUGLAS F. MANN, TRUSTEE

| Balance on hand | $ | 40,097.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS F MANN | $ 5,968.75 | $ 0.00 | $ 5,968.75 |
| Trustee Expenses: DOUGLAS F MANN | $ 2,308.43 | $ 0.00 | $ 2,308.43 |
| Attorney for Trustee Fees: Murphy Desmond S. C. | $ 13,125.00 | $ 8,125.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: Murphy Desmond S. C. | $ 588.54 | $ 580.59 | $ 7.95 |
| Auctioneer Fees: Sweeney's Auction Associates, Inc. | $ 750.00 | $ 750.00 | $ 0.00 |
| Auctioneer Expenses: Sweeney's Auction Associates, Inc. | $ 461.96 | $ 461.96 | $ 0.00 |
| Charges: U. S. Bankruptcy Clerk | $ 188.00 | $ 0.00 | $ 188.00 |
| Other: CenterPointe Yacht Services LLC | $ 3,250.00 | $ 3,250.00 | $ 0.00 |
| Other: CenterPointe Yacht Services LLC | $ 672.28 | $ 672.28 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 13,473.13 |
| Remaining Balance | $ 26,624.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $617,354.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | LVNV FUNDING LLC | $ 2,544.82 | $ 0.00 | $ 109.75 |
|  | WiscTex, LLC | $ 614,809.84 | $ 0.00 | $ 26,514.99 |
| Total to be paid to timely general unsecured creditors |  |  |  | $ 26,624.74 |
| Remaining Balance |  |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE