So Ordered.

Dated: December 2, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

MICHAEL L. GALESKY,　　　　　　　　　　　　　CASE NO.　20-25509-GMH-7

　　　　Debtor.

### ORDER ALLOWING PAYMENTS

DOUGLAS F. MANN, Trustee in Bankruptcy, having filed a Notice of Trustee's Final Report and Application For Compensation and the deadline to object having passed, and a Summary of Trustee's Final Report and Applications for Compensation for approval of payment of administrative expenses;

AND, there being no objections to the aforementioned Report and Summary on file;

IT IS ORDERED:

The payment of administrative expenses is allowed in the amounts shown:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS F MANN | $ 5,968.75 | $ 0.00 | $ 5,968.75 |
| Trustee Expenses: DOUGLAS F MANN | 2,308.43 | 0.00 | 2,308.43 |
| Charges: U.S. Bankruptcy Clerk | 188.00 | 0.00 | 188.00 |

Total to be paid for chapter 7 administrative expenses	$  8,465.18

Remaining Balance	$26,624.74

\_\_\_\_\_  All fees and expenses allowed except as noted above.

#####